UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYRALISA LAVENA STEVENS,<br><br>  Plaintiff,<br><br>  v.<br><br>XAVIER BECERRA, et al.,<br><br>  Defendants. | No.  2: 21-cv-00373 KJN P<br><br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  In her complaint, plaintiff alleges violations of her civil rights by defendants.  The alleged violations took place in Fresno, which is part of the Fresno Division of the United States District Court for the Eastern District of California.[1]  See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

---

[1] The claims raised in plaintiff's complaint appear to be related to an action plaintiff filed in the Fresno Division of this court, 1: 17-cv-1002 AWI SAB P.

1

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: March 8, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stev373.22

2