UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYRALISA LAVENA STEVENS,<br><br>            Plaintiff,<br><br>     v.<br><br>XAVIER BECERRA, et al.,<br><br>            Defendants. | No. 1:21-cv-00346-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION AS FRIVOLOUS<br><br>(Doc. Nos. 5, 10) |

   Plaintiff Lyralisa Lavena Stevens is a state prisoner proceeding *pro se* in this civil rights action brought under 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On August 18, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed without leave to amend.  (Doc. No. 10.)  The magistrate judge found that plaintiff's complaint is legally frivolous and that any amendment would be futile.  (*See id.* at 4.)  The findings and recommendations were served on plaintiff and provided her 21 days to file objections thereto.  (*Id.*)  Plaintiff filed objections on September 3, 2021.  (Doc. No. 11.)

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and

1 | proper analysis.  Plaintiff's objections do not call into question the magistrate judge's findings
2 | that plaintiff's claims are frivolous and this action is wholly devoid of merit.
3 |     Accordingly,
4 |     1.    The findings and recommendations issued on August 18, 2021 (Doc. No. 10) are
5 |         adopted in full;
6 |     2.    This action is dismissed as frivolous;
7 |     3.    Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 5) is denied as moot;
8 |         and,
9 |     4.    The Clerk of the Court is directed to assign a district judge to this action for
10 |         purposes of closure and to close this case.

IT IS SO ORDERED.

Dated:   **September 17, 2021**          /s/ Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE